UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MUNOZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00269-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, Plaintiff shall have a 30-day extension of time until July 5, 2024, to file a motion for summary judgment.

IT IS SO ORDERED.

Dated: __**June 5, 2024**__

UNITED STATES MAGISTRATE JUDGE

1