# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MUNOZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-00269-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On June 23, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time to respond to Plaintiff's motion for summary judgment. (ECF No. 16.) The Court finds good cause to grant the stipulated motion to allow Defendant an extension of time from July 22, 2024 to August 21, 2024 to respond to Plaintiff's motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the scheduling order (ECF No. 16) is GRANTED;

2. Defendant shall have until **August 21, 2024**, to respond to Plaintiff's motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**June 24, 2024**__

UNITED STATES MAGISTRATE JUDGE